**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| **ERIC LAVELL MURRY** <br> **ADC #96072** <br><br> Plaintiff <br><br> v. <br><br> **BRIAN SHELTON, Sergeant,** <br> **West Memphis Police Department, et al.** <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Case No. 3:06CV00023 JMM |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this   2   day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE